1048

[Nos. 48083-9-I; 48091-0-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ZAMECHEK, ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Whatcom County, Nos. 00-1-00475-6 and 00-1-00476-4, Michael F. Moynihan, J., entered February 13, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48084-7-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS DEAN DANIELS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00753-4, Steven J. Mura, J., entered February 6, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48099-5-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES DIGNUM, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00739-1, James H. Allendoerfer, J., entered February 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48139-8-I.   Division One.   March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD W. BOSTON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00233-4, Michael E. Rickert, J., entered January 11, 2001. *Affirmed* by unpublished per curiam opinion.